IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>FRANCISCO RODRIGUEZ RAMIREZ<br>MAGALI ALICEA COLLAZO<br>DEBTORS | CASE NO. 16-04839 ESL<br>CHAPTER 13 |

## NOTICE OF FILING PLAN-

TO ALL CREDITORS AND PARTIES IN INTEREST:

Notice is hereby given that Debtor filed a Chapter 13 Plan Dated 16TH DAY OF August 2016.

/s/VICTOR THOMAS SANTIAGO, ESQ.
ATTORNEY FOR DEBTOR

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the Chapter 13 Trustee; and to all subscribed users. We will serve by regular mail this document to any creditor as per master address list upon knowing that they are non CM/ECF participants.

In San Juan, Puerto Rico, this 16TH day of August 2016.

**/S/Víctor C. Thomas Santiago**
USDC PR # 209807
151 Ave de Diego, Suite B
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
Fax (787) 724-6366
E-mail: v0thomasmag.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: **FRANCISCO L RODRIGUEZ RAMIREZ**
**MAGALI ALICEA COLLAZO**
DEBTOR(S)

BK. CASE # **16-04839**
CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** • The following plan contains provisions which may significantly affect your rights. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within forty (40) days from its notification. • A proof of claim must be filed by or on behalf of each creditor, including secured creditors, in order for the creditor to be eligible to be paid by the trustee. The Trustee will pay the allowed claims, as filed, provided for in the plan unless disallowed or expressly modified by the terms of this plan, or by subsequent Court order. If no claim is filed the trustee will not pay a creditor provided in the plan unless ordered by the Court. See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee:
   ■ directly ☐ by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
☐ 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

PLAN DATED: **August 16, 2016**      AMENDED PLAN DATED: ☐ _____
■ PRE ☐ POST-CONFIRMATION      FILED BY ■ DEBTOR ☐ TRUSTEE ☐ UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | 500.00 | x | 60 | = $ | 30,000.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| $ | 0.00 | x | 0 | = $ | 0.00 |
| | TOTAL = | | 60 | $ | 30,000.00 |

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from

☐ Sale of property identified as follows:
_____

☐ Other: _____

Periodic Payments to be made other than and in addition to the above.
$ _____ x _____ = $ _____
To be made on: _____

**PROPOSED PLAN BASE:** $ **30,000.00**

### II. ATTORNEY'S FEES

To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ **3,000.00**
b. Fees Paid (Pre-Petition): ($ **340.00** )
c. R 2016 Outstanding balance: ($ **2,660.00** )
d. Post Petition Additional Fees: $ **0.00**
e. Total Compensation: $ **3,000.00**

### III. DISBURSEMENT SCHEDULE SEQUENCE

A. **SECURED CLAIMS:** ☐ Debtor represents that there are no secured claims.
   ■ Secured creditors will retain their liens and shall be paid as follows:

☐ **ADEQUATE PROTECTION** Payments: Cr. _____ $ **0.00**

■ Trustee will pay secured **ARREARS**:
Cr. **SCOTIABANK DE PUERTO RICO**   Cr. _____   Cr. _____
Acct. **600408660**   Acct. _____   Acct. _____
$ **690.31**   $ _____   $ _____

☐ Trustee will pay REGULAR MONTHLY PAYMENTS:
(please refer to the above related notice, for important information about this provision)
Cr. _____   Cr. _____   Cr. _____
Acct. _____   Acct. _____   Acct. _____
Monthly Pymt.$ _____   Monthly Pymt.$ _____   Monthly Pymt.$ _____

■ Trustee will pay IN FULL Secured Claims:
Cr. **PR AUTO LOAN D/B/A AUTO PAWN USA**   Cr. _____   Cr. _____
$ **2,846.00**   $ _____   $ _____

☐ Trustee will pay VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
$. _____   $. _____   $. _____

☐ Secured Creditor's interest will be insured. INSURANCE POLICY will be paid through plan:
Cr. _____   Ins. Co. _____   Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

☐ Debtor SURRENDERS COLLATERAL TO Lien Holder: _____

■ Debtor will maintain REGULAR PAYMENTS DIRECTLY to: **SCOTIABANK DE PUERTO RICO**

B. **PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].
☐

C. **UNSECURED PREFERRED:** Plan ☐ Classifies ■ Does not Classify claims
☐ Class A: ☐ Co-debtor Claims: ☐ Pay 100%/☐ "Pay Ahead"
☐ Class B: ☐ Other Class: _____
☐ Cr. _____   ☐ Cr. _____   ☐ Cr. _____
$ _____   $ _____   $ _____

D. **GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = **0.00** )
$ _____
☐ Will be paid 100% plus ___% Legal Interest.  ■ Will be paid Pro-Rata from any remaining funds

| Signed: | /s/ FRANCISCO L RODRIGUEZ RAMIREZ | OTHER PROVISIONS: |
|---|---|---|
| | DEBTOR | |
| | /s/ MAGALI ALICEA COLLAZO | * For additional other provisions, please see attachment sheet(s). |
| | JOINT DEBTOR | |

ATTORNEY FOR DEBTOR: /s/ LCDO. VICTOR THOMAS SANTIAGO    Phone: 787-722-5601

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: **FRANCISCO L RODRIGUEZ RAMIREZ**<br>**MAGALI ALICEA COLLAZO**<br>DEBTOR(S) | BK. CASE # **16-04839**<br>CHAPTER 13 |

## Chapter 13 Plan Continuation Sheet

**Additional Other Provisions:**
Other provisions:

    TRUSTEE TO PAY ATTORNEY FEES BEFORE ANY OTHER CREDITOR

    DEBTOR WILL NOT PROVIDE INSURANCE FOR AUTO WITH PR AUTO LOAN

```
Label Matrix for local noticing          ORIENTAL BANK-CCU                        SCOTIABANK DE PUERTO RICO
0104-3                                   CCU - BANKRUPTCY DEPARTMENT              CARDONA JIMENEZ LAW OFFICE PSC
Case 16-04839-ESL13                      PO BOX 364745                            PO BOX 9023593
District of Puerto Rico                  SAN JUAN, PR 00936-4745                  SAN JUAN, PR 00902-3593
Old San Juan
Mon Aug 15 15:08:15 AST 2016

US Bankruptcy Court District of P.R.     (p)CREDITORS BANKRUPTCY SERVICE          AT&T
Jose V Toledo Fed Bldg & US Courthouse   PO BOX 800849                            PO BOX 537104
300 Recinto Sur Street, Room 109         DALLAS TX 75380-0849                     ATLANTA, GA 30353-7104
San Juan, PR 00901-1964


CITICARDS CBNA                           COMENITY CAPITAL BANK / ZALE             DSNB / MACYS
PO BOX 6497                              PO BOX 182120                            PO BOX 17759
SIOUX FALLS, SD 57117-6497               Columbus, OH 43218-2120                  CLEARWATER, FL 33762-0759


EASTERN AMERICA INSURANCE CO             FIRST BANK OF PUERTO RICO                FIRST PREMIER BANK
PO BOX 9023862                           BANKRUPTCY DEPARTMENT                    3820 N LOUISE AVE
SAN JUAN, PR 00902-3862                  PO BOX 9146                              SIOUX FALLS, SD 57107-0145
                                         SAN JUAN, PR 00908-0146


ISLAND FINANCE                           LIBERTY CABLEVISION OF PUERTO RICO       MILITARY STAR
PO BOX 71504                             PO BOX 71496                             PO BOX 650410
SAN JUAN, PR 00936-8604                  SAN JUAN, PR 00936-8596                  Hallsville, TX 75650-0410


OASIS FINANCIAL SERVICES                 OASIS FINANCIAL SERVICES                 ORIENTAL BANK
275 LEMAY FERRY RQ                       PO BOX 1011                              Centralized Collections Unit
SAINT LOUIS, MO 63125-1239               BAYAMON, PR 00960-1011                   BOX 364745,
                                                                                  SAN JUAN, P.R. 00936-4745


ORIENTAL FEDERAL BANK                    PR AUTO LOAN D/B/A AUTO PAWN USA         SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO BOX 195115                            16123 PINERO AVE                         PO BOX 195369
SAN JUAN, PR 00919-5115                  1ST AND 2ND FLOOR                        SAN JUAN PR 00919-5369
                                         San Juan, PR 00922


SCOTIABANK DE PUERTO RICO                SEARS / CBNA                             SUNRISE CREDIT SERVICES, INC.
PO BOX 2394                              PO BOX 6282                              PO BOX 9100
SAN JUAN, PR 00936                       SIOUX FALLS, SD 57117-6282               Farmingdale, NY 11735-9100


SYNCB / EMPRESAS BERRIOS                 SYNCB / JC PENNEY                        SYNCB / TOYSRUS
PO BOX 965036                            PO BOX 965007                            PO BOX 965001
ORLANDO, FL 32896-5036                   ORLANDO, FL 32896-5007                   ORLANDO, FL 32896-5001


SYNCB / WALMART DUAL CARD                THE HOME DEPOT / CBNA                    ALEJANDRO OLIVERAS RIVERA
PO BOX 965024                            PO BOX 6497                              ALEJANDRO OLIVERAS CHAPTER 13 TRUS
ORLANDO, FL 32896-5024                   SIOUX FALLS, SD 57117-6497               PO BOX 9024062
                                                                                  SAN JUAN, PR 00902-4062
```

```
FRANCISCO L RODRIGUEZ RAMIREZ          MAGALI ALICEA COLLAZO           MONSITA LECAROZ ARRIBAS
CALLE AMBAR S 3                        CALLE AMBAR S 3                 OFFICE OF THE US TRUSTEE (UST)
URB MADELINE                           URB MADELINE                    OCHOA BUILDING
TOA ALTA, PR 00953-3554                TOA ALTA, PR 00953-3554         500 TANCA STREET  SUITE 301
                                                                       SAN JUAN, PR 00901


VICTOR THOMAS SANTIAGO
151 DE DIEGO AVE SUITE B
SAN JUAN, PR 00911-2192
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
ARMY / AIR FORCE EXCHANGE              (d)THE EXCHANGE
PO BOX 650410                          PO BOX 740890
DALLAS, TX 75265-0410                  CINCINNATI, OH 45274-0890
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)SCOTIABANK DE PUERTO RICO           End of Label Matrix
CARDONA-JIMENEZ LAW OFFICE, PSC        Mailable recipients    33
P.O. BOX 9023593                       Bypassed recipients     1
SAN JUAN, PR  00902-3593               Total                  34
```